■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT G. ELLIBY, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Copertino, J.), rendered April 11, 1983, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mollen, P. J., Bracken, Lawrence and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE FORTUNE, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Queens County (Calabretta, J.), both rendered March 22, 1985, convicting him of attempted criminal sale of a controlled substance in the third degree under indictment No. 5126/84, and criminal possession of a controlled substance in the third degree under indictment No. 5375/84, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9; People v Bell, 125 AD2d 481). Thompson, J. P., Niehoff, Weinstein, Kunzeman and Spatt, JJ., concur.